**John H. BYNUM, Appellant,**

v.

**McELROY METAL; Monarch Metal Buildings, Inc.; Steve Miller, Appellees.**

**No. 00–1818.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 19, 2001.

Decided March 6, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

John Bynum appeals the District Court's[1] adverse grant of summary judgment in his employment discrimination action. Having reviewed the record and the parties' submissions on appeal, we conclude summary judgment was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the

Eastern District of Arkansas.